APARTMENT HOUSE COUNCIL, AN AFFILIATE OF THE NEW JERSEY BUILDERS ASSOCIATION, A CORPORATION OF THE STATE OF NEW JERSEY, AND ROBERT RODRIGUEZ, PLAINTIFFS-APPELLANTS, v. THE MAYOR AND COUNCIL OF THE BOROUGH OF RIDGEFIELD, THE BOROUGH OF RIDGEFIELD, A MUNICIPAL CORPORATION IN THE COUNTY OF BERGEN, STATE OF NEW JERSEY, THE DEPARTMENT OF HEALTH OF THE BOROUGH OF RIDGEFIELD AND THE RIDGEFIELD MULTIPLE DWELLING EMERGENCY COMMISSION, DEFENDANTS-RESPONDENTS.

Superior Court of New Jersey
Appellate Division

Argued April 23, 1974—Decided May 3, 1974.

Before Judges CARTON, LORA and SEIDMAN.

*Mr. Jay M. Hollander* argued the cause for appellants (*Messrs. Hutt & Berkow,* attorneys).

*Mr. Joseph R. Mariniello* argued the cause for respondents (*Messrs. Fierro, Fierro & Mariniello,* attorneys).

PER CURIAM. The judgment is affirmed substantially for the reasons expressed by Judge (now Justice) Pashman in his opinion reported at 123 *N. J. Super.* 87 (Law Div. 1973).